UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STANLEY GABY

    v.                                      3:00CV1593 JCH

BOARD OF TRUSTEES FOR COMMUNITY
TECHNICAL COLLEGES, BOOKER T.
DEVAUGHN and PAUL SUSEN

## RULING ON BILL OF COSTS

On December 2, 2002, judgment entered for the defendants after a ruling granting defendants' motion for summary judgment. On December 23, 2002, an appeal was filed. On January 6, 2003, the defendants submitted a Bill of Costs which was denied without prejudice to renewal after the judgment became final. On December 8, 2003, a Mandate issued from the U. S. Court of Appeals affirming the decision of the District Court and awarding costs on appeal in the amount of $292.00. On November 5, 2003, defendants renewed their motion for costs. No objection to the original bill of costs or the renewed motion has been filed and the matter is now ripe for consideration. For the reasons stated below, the defendants' bill of costs is granted in part and denied in part.

      A. FEES FOR COURT REPORTER: The defendants are entitled to costs for an original and one copy of the transcript and any court reporter attendance fees, to be taxed at the prevailing page rate pursuant to Local Rule 80. Pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures", maximum transcript rates for an

1

original and one copy are $3.75 per page.  Postage and handling and charges for delivery of transcripts are not recoverable as costs, <u>Wahl v. Carrier Mfg. Co., Inc.</u> 511 F.2d 209, 217 ($7^{th}$Cir., 1975).  Condensed, ASCII disk, expedited or daily transcripts are also not recoverable as costs.  Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment or in support of a successful motion for summary judgment pursuant to Local Rule 54(c)2.(ii), therefore, the defendant's claims for court reporter's fees are as follows:

1.  The defendants submit claims for the deposition transcripts of Stanley J. Gaby, Volume I and II in the amount of $1,322.08.  The invoice reflects that $60.00 of this claim is for photocopying exhibits.  Therefore the claim for the deposition transcript of Stanley J. Gaby, Volume I and II is reduced to $1,262.08.

Costs are entered in the amount of **$1,262.08**.

<u>B. SUMMARY:</u> For the reasons previously stated, the defendants' bill of costs are allowed as follows:

| | |
|---|---|
| Fees for Court Reporter | $ 1,262.08 |
| Total | $ 1,262.08 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Bridgeport, Connecticut, this 28th day of January, 2004.

KEVIN F. ROWE, Clerk

By   /s/ Chrystine W. Cody
    Deputy-in-Charge